AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

BROADCAST MUSIC, INC., ET. AL.,

*Plaintiff(s)*

v.

O'MALLEY'S SPORTS BAR, INC. D/B/A O'MALLEY'S SPORTS BAR, AND STEPHEN C. JOHNSON, INDIVIDUALLY

*Defendant(s)*

CASE NO: 17-cv-61192-MORENO/Turnoff

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  O'MALLEY'S SPORTS BAR, INC.
D/B/A O'MALLEY'S SPORTS BAR
C/O STEPHEN C. JOHNSON, REGISTERED AGENT
1388 N. STATE ROAD 7
MARGATE FL 33063

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ZACHARY D. MESSA, ESQ.
JOHNSON POPE BOKOR RUPPEL & BURNS, LLP
911 CHESTNUT STREET
CLEARWATER FL 33756
(727) 461-1818

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

Date: Jun 15, 2017

s/ Ledys M. Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

BROADCAST MUSIC, INC., ET. AL.,

*Plaintiff(s)*

v.

O'MALLEY'S SPORTS BAR, INC. D/B/A O'MALLEY'S SPORTS BAR, AND STEPHEN C. JOHNSON, INDIVIDUALLY

*Defendant(s)*

CASE NO: 17-cv-61192-MORENO/Turnoff

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* STEPHEN C. JOHNSON
1388 N. STATE ROAD 7
MARGATE FL 33063

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ZACHARY D. MESSA, ESQ.
JOHNSON POPE BOKOR RUPPEL & BURNS, LLP
911 CHESTNUT STREET
CLEARWATER FL 33756
(727) 461-1818

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jun 15, 2017


s/ Ledys M. Rodriguez
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court